# EXHIBIT A



# BUC-EE'S

**Reg. No. 3,763,277**  BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
Registered Mar. 23, 2010  327 FM 2004
LAKE JACKSON, TX 77566

**Int. Cl.: 35**  FOR: RETAIL STORE SERVICES FEATURING CONVENIENCE STORE ITEMS AND GASOLINE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**  FIRST USE 7-1-1982; IN COMMERCE 7-1-1982.
**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-853,252, FILED 4-4-2006.

ALLISON SCHRODY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office