# EXHIBIT B

# United States of America
## United States Patent and Trademark Office

# BUC-EE'S

**Reg. No. 4,007,063**
**Registered Aug. 2, 2011**

**Int. Cls.: 16, 21, 25, 29, 30, 31, and 35**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



Director of the United States Patent and Trademark Office

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: STICKERS SOLD IN RETAIL CONVENIENCE STORES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: DRINKING GLASSES, DRINKING MUGS, COFFEE MUGS, MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, AND BREAD BOARDS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: CLOTHING SOLD IN RETAIL CONVENIENCE STORES, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, BANANA CHIPS; PREPARED MEATS, NAMELY, CHICKEN, PORK, BEEF AND TURKEY; PROCESSED FOODS, NAMELY, PICKLED FRUITS AND VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUT-BASED SNACK FOODS; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT AND ALSO CONTAINING CHOCOLATE; CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLE SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, CANDY, CANDY WITH NUTS; SALSA; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN AND ALSO CONTAINING CANDIED NUTS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

**Reg. No. 4,007,063** FOR: RAW NUTS, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RETAIL STORE SERVICES FEATURING: METAL GOODS, NAMELY, METAL KEY-CHAINS; ELECTRICAL AND SCIENTIFIC APPARATUS, NAMELY, DECORATIVE MAGNETS; VEHICLE PRODUCTS, NAMELY, ANTENNA TOPPERS, ATTACHMENTS TO THE TIPS OF AUTOMOBILE ANTENNAS; PRINTED STICKERS; WIND CHIMES; HOUSEWARES AND GLASS, NAMELY, DRINKING GLASSES, DRINKING MUGS, DRINKING MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, BREAD BOARDS; CLOTHING, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS; SPORTING GOODS; BOARD GAMES; BALLS FOR GAMES; MEATS AND PROCESSED FOODS, NAMELY, PREPARED CHICKEN, PREPARED PORK, PREPARED BEEF, PREPARED TURKEY, BANANA CHIPS, PICKLED FRUITS, PICKLED VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUTS; SNACK FOODS, NAMELY, NUT-BASED SNACKS, TRAIL MIXES, CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLES SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES; STAPLE FOODS, NAMELY, CONFECTIONARY, CANDY, CANDY WITH NUTS, CANDIED NUTS, SALSA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,763,277.

SN 77-982,023, FILED 10-16-2009.

KIMBERLY FRYE, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.