Buc-ee's, Ltd.,

     Plaintiff,

     v.

EJL Acquisitions, LLC and Home Away
from Home Dog Training, LLC,

     Defendants.

Case No. 6:25-cv-03060-BP

## JOINT STIPULATED DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Buc-ee's, Ltd. ("Buc-ee's") and

Defendants EJL Acquisitions, LLC ("EJL") and Home Away From Home Dog Training, LLC

("Home Away") (collectively, "Defendants"), by and through their respective counsel, hereby

stipulate to dismissal without prejudice of all claims in this action. Buc-ee's, EJL, and Home Away

each shall bear their own costs, expenses and attorneys' fees.

Dated: September 4, 2025                    Respectfully submitted,

By: */s/ C. Bradley Tuck*                   By: [signature]
C. Bradley Tuck, Mo. Bar No. 35505          Robert J. Megraw, MO #61049
Evans & Dixon, L.L.C.                       2900 Brooktree Lane, Suite 100
4905 S. National Ave., Building B           Gladstone, MO 64119
Springfield, Missouri 65810                 Telephone (816) 455-2700
Phone: (417) 882-4700                       Fax (816) 455-2775
Facsimile: (417) 882-4927                   rmegraw@sextonbender.com
btuck@evans-dixon.com

Joseph J. Berghammer (*pro hac vice*)       **ATTORNEYS FOR DEFENDANTS EJL**
Illinois Bar No. 6273690                    **ACQUISITIONS, LLC AND HOME**
Eric J. Hamp (*pro hac vice*)               **AWAY FROM HOME DOG TRAINING,**
Illinois Bar No. 6306101                    **LLC**
Anthony J. Denis (*pro hac vice*)
Illinois Bar No. 6329599
Banner & Witcoff, Ltd.
71 South Wacker Drive
Suite 3600
Chicago, IL 60606-7407
Phone: (312) 463-5000
Facsimile: (312) 463-5001
jberghammer@bannerwitcoff.com
ehamp@bannerwitcoff.com
adenis@bannerwitcoff.com

**ATTORNEYS FOR PLAINTIFF**
**BUC-EE'S, LTD.**

2